# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GEORGIA POWER COMPANY, | ) Case No.: 4:22-CV-00081-TES ) |
| Defendant and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| GLENN INDUSTRIAL GROUP, LLC, | ) ) |
| Third-Party Defendant. | ) ) ) ) |

**<u>CONFIDENTIALITY AGREEMENT</u>**

I, _____, state as follows: (a) I have read a copy of the Protective Order entered in this case on December 1, 2022; (b) I recognize that during my participation in this case, I may have occasion to read or hear information that has been designated "CONFIDENTIAL"; (c) I agree not to disclose any information designated as "CONFIDENTIAL" to any person not entitled to receive disclosure of such information under the provisions of the Protective Order; (d) I agree to use any information designated as "CONFIDENTIAL" in this matter only in connection to my participation in this case; and (e) I agree to abide by and be bound by the terms of the Protective Order.

2

Signature:    _____

Name:         _____

Job Title:    _____

Employer:     _____

Address:      _____

                                                      _____

Date:         _____