IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, As Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>GLENN INDUSTRIAL GROUP, LLC,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO. 4:22-CV-00081<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT DISCOVERY STATUS REPORT

This Court entered its Rules 16 and 26 Order on October 4, 2022, wherein it required the parties to submit a discovery status report 120 days after the Scheduling and Discovery Order was filed. As the Scheduling and Discovery Order was filed on November 3, 2022, this Discovery Status Report is due on March 3, 2023. Plaintiffs Kenneth Paxton, as Next Friend of Alex Reed Paxton, deceased and Kathryn Hartley, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton ("Plaintiffs"), Defendant and Third-Party Plaintiff Georgia Power Company ("Georgia Power), and Third-Party Defendant Glenn Industrial Group, LLC ("Glenn Industrial") hereby submit this Joint Discovery Status Report as follows.

To date, all parties have filed their initial disclosures pursuant to the Federal Rules of Civil

Procedure, Rule 26 (a)(1). All parties have exchanged written discovery. All parties have submitted timely responses to the written discovery with the exception of one set of discovery from Glenn Industrial to Georgia Power (Georgia Power's response is not due until the end of March).

With respect to depositions, the Plaintiffs noticed and took the depositions of two Georgia Power employees on February 7 (Jason Nelms and Robert Devero). Georgia Power has scheduled the depositions of two Glenn Industrial employees (Jacob Kehl and Rolando Garcia) on March 15 and March 16. The Plaintiffs have scheduled several Georgia Power depositions for March 28 and March 29.

The Plaintiffs have disclosed their experts, but have not provided any written reports or other information as required by the Federal Rules of Civil Procedure. However, those full disclosures are not due until April 17 pursuant to this Court's Order dated February 17, 2023 (Doc. 40).

Plaintiffs have requested a site visit of Oliver Dam. Georgia Power will work with Plaintiffs and Glenn Industrial to coordinate the site visit.

To date, the parties have cooperated in their discovery efforts. Currently, no party has any discovery dispute to report to the Court although the parties are corresponding about some issues related to written discovery.

This 3rd day of March, 2023.

[Signatures on following page]

/s/T. Langston Bass, Jr.
T. LANGSTON BASS, JR.
State Bar No. 041320
Attorney for Third-Party Defendant Glenn Industrial

**BRENNAN, HARRIS & ROMINGER LLP**
P.O. Box 2784
Savannah, Georgia 31402
Telephone (912) 233-3399 Facsimile (912) 236-4558
tlb@bhrlegal.com


/s/T. Joshua R. Archer
T. JOSHUA R. ARCHER
Georgia Bar No. 021208
TASHWANDA PINCHBACK DIXON
Georgia Bar No. 771362
ANDREA L. SWARTZBERG
Georgia Bar No. 338830
Attorneys for Georgia Power Company

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020 Facsimile: (404) 261-3656
jarcher@balch.com
tpinchback@balch.com
aswartzberg@balch.com


/s/James E. Butler, III
JAMES E. BUTLER, III
Georgia Bar No. 116955
THOMAS A. GIANNOTTI
Georgia Bar No. 977245
MATTHEW R. KAHN
Georgia Bar No. 833443
Attorneys for Plaintiffs

**BUTLER KAHN**
10 Lenox Pointe
Atlanta, Georgia 30324
Telephone (678) 940-1444 Facsimile (678) 306-4646
jeb@butlerfirm.com
tom@butlerfirm.com
matt@butlerfirm.com

F:\GREAT AMERICAN\GLENN INDUSTRIAL GROUP\JOINT DISCOVERY STATUS REPORT.wpd

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope to:

| | |
|---|---|
| James E. Butler, III, Esq.<br>Thomas A. Giannotti, Esq.<br>Matthew R. Kahh, Esq.<br>Butler Kahn<br>10 Lenox Pointe<br>Atlanta, Georgia 30324 | Joshua R. Archer, Esq.<br>Tashwanda Pinchbak Dixon, Esq.<br>Andrea L. Swatzberg, Esq.<br>Balch & Bingham, LLP<br>30 Ivan Allen Jr. Blvd., Northwest<br>Suite 700<br>Atlanta, Georgia 30308-3036 |

This 3rd day of March, 2023.

/s/T. Langston Bass, Jr.
T. LANGSTON BASS, JR.
State Bar No. 041320
Attorney for Third-Party Defendant Glenn Industrial

**BRENNAN, HARRIS & ROMINGER LLP**
P.O. Box 2784
Savannah, GA 31402
T (912) 233-3399 F (912) 236-4558
tlb@bhrlegal.com
F:\GREAT AMERICAN\GLENN INDUSTRIAL GROUP\COS.wpd