# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant and Third-Party Plaintiff*,<br><br>v.<br><br>GLENN INDUSTRIAL GROUP, LLC,<br><br>*Third-Party Defendant*. | Civil Action No.: 4:22-CV-00081-TES |

**GEORGIA POWER COMPANY'S AND GLENN INDUSTRIAL GROUP, LLC'S UNOPPOSED MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER**

Defendant and Third-Party Plaintiff Georgia Power Company and Third-Party Defendant Glenn Industrial Group, LLC jointly file this Unopposed Motion to Amend the Court's Amended Scheduling and Discovery Order (Doc. 40) pursuant to the Federal Rules of Civil Procedure, Rules 15 and 16(b)(4). Counsel for Georgia Power and Glenn Industrial have conferred with Counsel for Plaintiffs. While Plaintiffs do not join in this Motion, Plaintiffs' Counsel has authorized the movants to state Plaintiffs do not oppose this Motion.

Counsel for all parties have been working diligently to exchange discovery and schedule and take depositions within the discovery period. At the time of filing this Consent Motion, nine

(9) fact depositions have been taken and four (4) expert depositions have been taken, as well as an inspection of the dam at issue. Additional fact and expert witness depositions are currently scheduled. However, despite the parties' diligent efforts, Georgia Power and Glenn Industrial agree that additional time is needed to accommodate additional depositions of both lay witnesses and expert witnesses. The parties are also scheduled to mediate on June 26, 2023. Therefore, Georgia Power and Glenn Industrial jointly request that the Court amend the Amended Scheduling and Discovery Order (Doc. 40) to extend the specified discovery deadlines. As stated, Plaintiffs do not oppose this request.

Plaintiffs state that while they do not see this extension as necessary, they agree that both Defendants have moved reasonably promptly throughout the discovery process. For that reason, as a matter of professional courtesy, Plaintiffs do not oppose this motion.

A proposed Second Amended Scheduling and Discovery Order will be submitted to the Court in word format pursuant to the Court's Rules 16 and 26 Order (Doc. 22).

Respectfully submitted this 16th day of June, 2023.

> */s/ T. Joshua R. Archer*
> T. Joshua R. Archer
> Georgia Bar No. 021208
> jarcher@balch.com
> Tashwanda Pinchback Dixon
> tpinchback@balch.com
> Georgia Bar No. 771362
> Andrea L. Swartzberg
> aswartzberg@balch.com
> Georgia Bar No. 338830
> **BALCH & BINGHAM LLP**
> 30 Ivan Allen Jr. Boulevard, N.W., Suite 700
> Atlanta, GA 30308
> Telephone: (404) 261-6020
> Facsimile: (404) 261-3656
> *Attorneys for Georgia Power Company*

Consented to by:

*/s/ T. Langston Bass, Jr. (with express permission)*
T. Langston Bass, Jr.
Georgia Bar No. 041320
Attorney for Glenn Industrial Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2023, the foregoing **CONSENT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER** was served via CM/ECF filing system which will automatically send notification to the following attorneys of record:

| | |
|---|---|
| James E. Butler, III<br>Thomas A. Giannotti<br>Matthew Kahn<br>**BUTLER KAHN**<br>10 Lenox Pointe<br>Atlanta, Georgia 30324<br>jeb@butlerfirm.com<br>tom@butlerfirm.com<br>matt@butlerfirm.com | T. Langston Bass, Jr.<br>BRENNAN HARRIS & ROMINGER LLP<br>P.O. Box 2784<br>Savannah, GA 31402<br>tlb@bhrlegal.com |

*/s/ T. Joshua R. Archer*
T. Joshua R. Archer
Georgia Bar No. 021208