IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant and Third-Party Plaintiff*,<br><br>v.<br><br>GLENN INDUSTRIAL GROUP, LLC,<br><br>*Third-Party Defendant*. | Civil Action No.: 4:22-CV-00081 |

**Plaintiffs Kenneth Paxton and Kathryn Hartley's
Notice Of Appearance Of Additional Counsel**

Naveen Ramachandrappa of the law firm Bondurant, Mixson & Elmore, LLP gives notice of his appearance as additional counsel on behalf of Plaintiffs Kenneth Paxton and Kathryn Hartley's and requests service of all pleadings, notices, orders and any other papers in this action and provides his contact information as follows:

Naveen Ramachandrappa
BONDURANT, MIXSON & ELMORE, LLP
1201 W Peachtree St NW, Ste 3900
Atlanta, GA 30309
*ramachandrappa@bmelaw.com*
Tel: 404-881-4151
Fax: 404-881-4111

Signature and certificate pages follow.

Plaintiffs submit this notice on June 20, 2023.

/s/ **Naveen Ramachandrappa**

James E. Butler, III
Ga. Bar No. 116955
Thomas A. Giannotti
Ga. Bar No. 977245
Matthew R. Kahn
Ga. Bar No. 833443
BUTLER | KAHN
10 Lenox Pte
Atlanta, GA 30324
Tel: 678-940-1444
Fax: 678-306-4646
jeb@butlerfirm.com
tom@butlerfirm.com
matt@butlerfirm.com

Naveen Ramachandrappa
Ga. Bar No. 422036
BONDURANT, MIXSON & ELMORE, LLP
1201 W Peachtree St NW, Ste 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111
ramachandrappa@bmelaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that, on June 20, 2023, I served **Plaintiffs Kenneth Paxton And Kathryn Hartley's Notice Of Appearance Of Additional Counsel** by using the CM/ECF service, which will send notification to the following counsel of record:

*Attorneys for Defendant and Third-Party Plaintiff Georgia Power Company*

T. Joshua R. Archer
Tashwanda Pinchback Dixon
Andrea L. Swartzberg
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd NW, Ste 700
Atlanta, GA 30308
Tel: 404-261-6020
jarcher@balch.com
tpinchback@balch.com
aswartzberg@balch.com

*Attorneys for Third-Party Defendant Glenn Industrial Group, LLC*

T. Langston Bass, Jr.
BRENNAN HARRIS & ROMINGER LLP
PO Box 2784
Savannah, GA 31402
Tel: 912-233-3399
tlb@bhrlegal.com

**/s/ Naveen Ramachandrappa**