# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>GLENN INDUSTRIAL GROUP, LLC,<br><br>    Third-Party Defendant. | Civil Action File No.: 4:22-CV-00081 |

## ORDER APPROVING JOINT STIPULATION REGARDING GEORGIA POWER COMPANY'S THIRD-PARTY CLAIMS AGAINST GLENN INDUSTRIAL GROUP, LLC

Having considered Defendant and Third-Party Plaintiff Georgia Power Company's and Third-Party Defendant Glenn Industrial Group, LLC's Joint Stipulation, it is **ORDERED AND ADJUDGED,** that the following is agreed to by Georgia Power and Glenn Industrial as conclusively established and binding for the purposes of the above-styled matter:

1. The only dispute to be resolved between Georgia Power and Glenn Industrial is whether the indemnification provision in the Master Agreement between Georgia Power and Glenn Industrial applied to the work being performed by Glenn Industrial on October 27, 2020 at Oliver Dam (the "Reserved Claim").

2. Georgia Power and Glenn Industrial waive their right to a trial by jury as it relates to the resolution of the Reserved Claim.

3.  Georgia Power and Glenn Industrial waive their right to appeal any determination by the District Judge with respect to the Reserved Claim.

It is further **ORDERED AND ADJUDGED** that the Second Amended Scheduling Order [Doc. 50] is amended as shown in the paragraphs below.

1.  As it relates to the Reserved Claim, discovery is extended through and including October 2, 2023.

2.  Dispositive motions related to the Reserved Claim must be filed no later than November 1, 2023.

**SO ORDERED**, this  2nd  day of  August , 2023.

S/ Tilman E. Self, III

**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**