IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH PAXTON, as Next Friend of Alex Reed Paxton, deceased; and KATHRYN HARTLEY, as Next Friend of Alex Reed Paxton, deceased, and as Administrator of the Estate of Alex Reed Paxton,<br><br>Plaintiffs,<br>v.<br><br>GEORGIA POWER COMPANY,<br><br>Defendant and<br>Third-Party Plaintiff<br>v.<br><br>GLENN INDUSTRIAL GROUP, LLC,<br><br>Third-Party Defendant. | *<br>*<br>Case No. 4:22-cv-81-TES<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Orders dated August 2, 2023, and April 8, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant GEORGIA POWER COMPANY against Third-Party Defendant GLENN INDUSTRIAL GROUP, LLC. All other claims in this action are dismissed.

This 9th day of April, 2024.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk